UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSA COX,

                Plaintiff,

   -against-

PERFICT BUILDING MAINTENANCE CORP.,
                Defendants.
-----------------------------------------------------------X

**16 CIVIL 7474 (VEC)**

## JUDGMENT

Defendant Perfect Building Maintenance Corp. ("PBM") having moved to dismiss Cox's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(1 and Rule 12(b)(6), or, in the alternative, to compel mediation and arbitration; Specifically, PBM argues that Cox's claims are subject to mandatory arbitration pursuant to a collective bargaining agreement (the "CBA") and that her claims are barred by res judicata, and the matter having come before the Honorable Valerie Caproni United States District Judge, and the Court, on July 18 2017, having rendered its Opinion and Order granting Defendant's motion to dismiss, and directing the Clerk of the Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 18, 2017, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         July 19, 2017

                                                RUBY J. KRAJICK
                                                Clerk of Court
                               BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/19/2017